IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2011

GREGORY C. LANGHAM
_____ CLERK

Civil Action No. 11-cv-02503-BNB
(The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.)

JAMES DENMAN,

    Applicant,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  _X_   is not submitted
(2)  ___   is missing affidavit
(3)  ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  _X_   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  ___   is missing an original signature by the prisoner
(7)  ___   is not on proper form (must use the court's current form)

(8) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(9) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(10) X other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) \_\_ is not submitted
(12) \_\_ is not on proper form (must use the court's current form)
(13) \_\_ is missing an original signature by the prisoner
(14) \_\_ is missing page nos. \_\_
(15) \_\_ uses et al. instead of listing all parties in caption
(16) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(17) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) \_\_ names in caption do not match names in text
(19) \_\_ other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 30, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02503-BNB

James Denman
Prisoner No. 112820
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

 I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 30, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
    Deputy Clerk