IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02503-BNB

JAMES DENMAN,

    Applicant,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    IT IS HEREBY **ORDERED** that Applicant's Motion for Sanctions (Doc. #18), filed on December 5, 2011, is **denied.**

Dated: December 6, 2011